1 | GEORGE SIDDELL
2 | 2727 Broadway
  | San Diego CA 92102
3 | CSBN: 048670
  | Tel. 619/231-3991
4 | Fax. 619/232-2286



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (SAN DIEGO)

| UNITED STATES OF AMERICA | ) Case No.: 07 CR 00525 BTM |
|---|---|
| Plaintiff, | ) SUBSTITUTION OF ATTORNEY |
| Vs. | ) And ORDER THEREON |
| Francisco MARIN-Leiva | ) |
| Defendant | ) |

The defendant, **Francisco MARIN-Leiva,** hereby substitutes **GEORGE SIDDELL,** as his attorney of record in the case on file herein. Appointed counsel is hereby relieved of any and all responsibility of representation for the above-mentioned defendant, including trial and appeal.

I consent to the substitution.

Dated: 04/01/07   F.M.L

_____
Francisco MARIN-Leiva
Defendant

1  USA –V- MARIN-Leiva
2  Case No. 07 CR 00525 BTM
3
4  DATED: 04/01/07
5  I Consent to the substitution

                                                GEORGE SIDDELL

12 Date: 4.6.07

                                                APPOINTED COUNSEL

18 SO ORDERED:

21 Date: 4-6-07

                                                UNITED STATES DISTRICT COURT JUDGE