FILED

JUL 2 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Francisco MARIN-Leiva<br><br>　　　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No. 07cr0525-BTM<br><br><br>ORDER EXONERATING<br>MATERIAL WITNESS BOND AND<br>FOR DISBURSEMENT OF FUNDS |

Based on the representations of Tamara D. DeHaan, attorney for the below-named material witness, that the defendant herein entered a guilty plea on or about May 4th, 2007, and that the material witness has voluntarily returned to his country of origin, and good cause appearing,

IT IS HEREBY ORDERED that the bond securing the presence of Miguel Angel ROJAS-Ceja be exonerated, that the surety be released from any and all further obligation and/or responsibility under the bond, and that all such sums deposited with the Clerk be refunded to the below-named surety:

**Alejandra Lopez**
**1303 Dixon Ct.**
**Chula Vista, CA 91911**
**SS# 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**

**SO ORDERED.**

DATED: 7/26/07

_____
UNITED STATES DISTRICT JUDGE